LUCY GOLOD, Respondent, v. RADIO CITY MUSIC HALL CORPORATION, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ.

CHARLOTTE HOFFMAN, Appellant, v. MEYER HOFFMAN, Respondent.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. Motion for reargument and for other relief denied, with $10 costs. Present — Wenzel, Acting P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See ante, p. 977.]

In the Matter of the CITY OF NEW YORK for the Appointment of the Treasurer of the City of New York as Receiver of All Rents and Profits from Certain Real Property in the Borough of Brooklyn. MASPETH SCRAP METAL & RUBBER CO., INC., Appellant; RACHEL LIEBERMAN et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See ante, p. 905.]

LLOYD G. MORSE et al., Respondents, v. RAST, INC., Appellant, et al., Defendant.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. Motion for reargument denied, with $10 costs. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Ughetta, JJ. [See ante, p. 1067.]

ANGELO J. PALIOTTO, Appellant, v. SYLVIA HARTMAN et al., Respondents.— Motion referred to the court that rendered the decision. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Ughetta, JJ. [See ante, p. 1086.]

PLAYLAND HOLDING CORP., Respondent, v. PLAYLAND CENTER, INC., Appellant.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, MacCrate, Beldock and Murphy, JJ. Motion for reargument denied, without costs. Motion for a stay denied, without costs. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Murphy and Ughetta, JJ. [See ante, p. 1075.]

MARTIN M. SPENCER, Respondent, v. CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [207 Misc. 579.]

TRANS-TRADING CORPORATION, Respondent-Appellant, v. TELETRONICS LABORATORIES, INC., Appellant-Respondent.— Motion by appellant-respondent for leave to appeal to the Court of Appeals denied. Present — Wenzel, Acting P. J., MacCrate, Schmidt, Beldock and Murphy, JJ. [See ante, p. 1080.]